## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **NO. 4:23-CR-00046-ALM-BD** |
| **VICTOR HUGO FLORES-COLUNGA** | § | |
| **(1)** | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 32 (sealed).

## PROCEDURAL HISTORY

On November 28, 2023, United States District Judge Amos L. Mazzant sentenced defendant Victor Hugo Flores-Colunga to 12 months of imprisonment followed by three years of supervised release. Dkt. 27 at 2–3. Flores-Colunga's term of supervised release commenced August 21, 2024. Dkt. 32 at 1.

In March 2026, a probation officer petitioned the court for a warrant, alleging that Flores-Colunga had violated three conditions of his supervised release. Dkt. 32. Specifically, the petition alleged that Flores-Colunga had violated conditions that required him to: (1) refrain from any unlawful use of a controlled substance; (2) not use or possess alcohol; and (3) participate in a program of testing and treatment for substance abuse. *Id.* at 1–2. In support of those allegations, the petition asserted that Flores-Colunga consumed alcohol, submitted a urine specimen that was positive for cocaine, and failed to report for substance abuse treatment. *Id.*

A final revocation hearing was held before me on March 23, 2026. Flores-Colunga pleaded true to the allegations. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 43. The government requested a sentence of ten months imprisonment followed by no supervised release, which is within the

federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Flores-Colunga's supervised release be revoked based on the allegations in the petition, Dkt. 32; (3) Flores-Colunga be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten months, to run consecutive to any other term of imprisonment, with no supervised release to follow, all prior conditions imposed; and (4) Flores-Colunga be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

So ORDERED and SIGNED this 24th day of March, 2026.

Don Bush
United States Magistrate Judge